UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Thomas J. Deloye, | No. 25-cv-3443 (KMM/EMB) |
| Petitioner, | |
| v. | ORDER |
| William Bolin, | |
| Respondent. | |

On November 4, 2025, United States Magistrate Judge Elsa M. Bullard entered a Report and Recommendation in which she found that Petitioner Thomas J. Deloye's Motion to Dismiss Without Prejudice should be granted and this matter should be dismissed. No objections to the Report and Recommendation have been filed, and having conducted the required review, the Court finds no error and agrees with Judge Bullard's recommended disposition. 28 U.S.C. § 636(b)(1) (de novo review when objections filed); *Nur v. Olmsted County*, 563 F. Supp. 3d 946, 949 (D. Minn. 2021) (clear error review when no objections filed) (citing Fed. R. Civ. P. 72(b) and *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam)).

Accordingly, **IT IS HEREBY ORDERED THAT**:

1. The Report and Recommendation (Dkt. 14) is **ACCEPTED**.

2. The Motion to Dismiss (Dkt. 12) filed by Petitioner Thomas J. Deloye is **GRANTED**.

3. This matter is **DISMISSED WITHOUT PREJUDICE**.

4. No certificate of appealability is issued.

**Let Judgment Be Entered Accordingly.**

Date: **December 12, 2025**     *s/ Katherine M. Menendez*
Katherine M. Menendez
United States District Judge